# ELECTRONIC RECORD

COA # 01-13-00532-CR          OFFENSE: 22.02 (Aggravated Assault)

STYLE: Wenford Lettsome v. The State of Texas          COUNTY: Harris

COA DISPOSITION: AFFIRM          TRIAL COURT: 351st District Court

DATE: 12/18/2014          Publish: NO   TC CASE #: 1347045

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Wenford Lettsome v. The State of Texas          CCA #: **049-15**

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: 04/22/2015          SIGNED: _____          PC: _____

JUDGE: _____          PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD